# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

STEPHEN P. HUNTER,
ADC #610955                                                                                          PLAINTIFF

V.                                  3:15CV00261 BSM/JTR

RON BECK,
Assistant Center Supervisor, NEACCC, et al.                          DEFENDANTS

## ORDER

Plaintiff, Stephen P. Hunter, is a prisoner in the Northeast Arkansas Community Correction Center ("NEACCC"). He has filed a *pro se* § 1983 Complaint.

The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a). The Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, a court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire,* 636 F.3d 976, 979 (8th Cir.

2011).

Plaintiff alleges that Defendant Dr. Stipanuk failed to provide him with adequate medical care for his injured right shoulder. *Doc. 2.* The Court needs further information to conduct § 1915A screening.

Thus, Plaintiff must file, within thirty days of the entry of this Order, an Amended Complaint clarifying: (1) the medical care Defendant Dr. Stipanuk provided for Plaintiff's injured right shoulder, and why that medical care is constitutionally inadequate; and (2) how Defendants Beck, Colemen, and Towne *each* personally participated in the violation of his constitutional rights.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff must, **within thirty days of the entry of this Order**, file an Amended Complaint containing the specified information.

2. Plaintiff is reminded that this case will be dismissed, without prejudice, if he fails to timely and properly do so.

Dated this 8th day of September, 2015.

                                              UNITED STATES MAGISTRATE JUDGE