UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEPHEN P. HUNTER**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #610955**

v.　　　　　　　　　　**CASE NO. 3:15CV00261 BSM**

**RON BECK,**
**Assistant Center Supervisor, NEACCC, et al.**　　　　　　　　　**DEFENDANTS**

## ORDER

The recommended partial disposition ("PRD") submitted by United States Magistrate Judge J. Thomas Ray has been reviewed. No objections have been filed. After careful consideration, the PRD is hereby adopted in all respects.

IT IS THEREFORE ORDERED that:

1.　Plaintiff Stephen Hunter may proceed with his inadequate medical care claim against defendant G. Stipanuk.

2.　The Clerk is directed to prepare a summons for Stipanuk and the U.S. Marshal is directed to serve the summons, complaint, amended complaint, and this order on Stipanuk without prepayment of fees and costs or security therefor. If Stipanuk is no longer employed at the Northeast Arkansas Community Correction Center, the individual responding to service must file a **sealed** statement providing Stipanuk's last known private mailing address to the clerk.

3.　Hunter's negligence claims against Ron Beck, Costina Coleman, and Walter Towne are dismissed without prejudice.

4. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 23rd day of October 2015.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE