# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**STEPHEN P. HUNTER,**　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #610955**

v.　　　　　　　　　**CASE NO. 3:15CV00261 BSM**

**GERALD STIPANUK,**
**Doctor, NEACCC**　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

On January 4, 2016, plaintiff Stephen Hunter was ordered to respond to defendant's motion for summary judgment on or before February 3, 2016. Hunter was further warned that failure to comply would result in his case being dismissed without prejudice pursuant to Local Rule 5.5(c)(2). Hunter failed to comply. Accordingly, this case is dismissed without prejudice and defendant's motion for summary judgment [Doc. No. 20] is denied as moot. It is certified that an *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 8th day of February 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brian S. Miller
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE