UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**STEPHEN P. HUNTER,**  **PLAINTIFF**
**ADC #610955**

v.  CASE NO. 3:15CV00261 BSM

**GERALD STIPANUK,**
**Doctor, NEACCC**  **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is hereby dismissed without prejudice.

DATED this 8th day of February 2016.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE